INDIANA, BLOOMINGTON & WESTERN RAILWAY COM-
PANY
V.
ENO HINSHAW.

*Practice—Conflict of Evidence.*

Where the record presents only questions of fact arising upon a conflict of evidence, this court will not interfere.

[Opinion filed November 20, 1886.]

APPEAL from the County Court of McLean County; the Hon. R. M. BENJAMIN, Judge, presiding.

Mr. FRANK M. HAMILTON, for appellant.

Mr. W. B. CARLOCK, for appellee.

*Per Curiam.* Appellee recovered judgment for $40, as damages for the loss of a cow killed on appellant's road. We find in the record only questions of fact arising upon a conflict of evidence, and therefore can not interfere.

*Affirmed.*